# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:19-cv-00912-GMN-EJY |
| vs. ) | |
| ) | **ORDER** |
| BRANDON S. CLIFTON; KIMBERLY A. ) | |
| COMINSKY, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Elayna Youchah, (ECF No. 14), which recommends that Plaintiff Employee Painters' Trust's ("Plaintiff's) Motion for Default Judgment, (ECF No. 11), be granted. The R&R recommends that the Court enter default judgment against Defendants, jointly and severally, in the sum of $45,071.63. (R&R 9:2–4, ECF No. 14).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,

1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, January 30, 2020, has passed. (Min. Order, ECF No. 14).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 14), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment, (ECF No. 11), is **GRANTED.**

**IT IS FURTHER ORDERED** that the Court **GRANTS** Plaintiff a monetary award against Defendants, jointly and severally, of $37,828.12 in health benefits paid to Cominsky to which she was not entitled, a prejudgment interest of $1,094.36, and $6,149.15 in attorney fees and costs, totaling $45,071.63.

The Clerk of Court shall close the case and enter judgment accordingly.

**DATED** this __31___ day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court