AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Employee Painters' Trust,

               Plaintiff,

v.

Brandon S Clifton, et al.,

               Defendants.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number:  2:19-cv-00912-GMN-EJY

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

Defendant Brandon Clifton must make payment to Plaintiff in the following amount $1,757.50 in attorney's fees and $17.22 in costs.

October 31, 2022
Date

DEBRA K. KEMPI
Clerk

/s/ T. Roush-Wallace
Deputy Clerk